# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case Nos. 5D2025-0685
5D2025-0686
LT Case Nos. 2024-CJ-000829-A
2024-CJ-000894-A
_____

S.D., A CHILD,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Brad E. King, Judge.

Emmalyn Dalton and Paolo Annino, of the Public Interest Law Center, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Daniel Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

February 10, 2026


PER CURIAM.

    AFFIRMED.

JAY, C.J., and EISNAUGLE and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____